# United States Bankruptcy Court
## Southern District of Ohio

In re **James Edward Montgomery, Jr.**
**Jennifer Lynne Montgomery**
Debtor(s)

Case No. **2:11-bk-60462**
Chapter **13**

## Notice of Change of Address

Debtor's Social Security Number: **xxx-xx-5117**

Joint Debtor's Social Security Number: **xxx-xx-2946**

**My (Our) Former Mailing Address and Telephone Number was:**

Name: **James Edward Montgomery, Jr. and Jennifer Lynne Montgomery**

Street: **5525 Liberty Bell Road**

City, State and Zip: **Orient, OH 43146**

Telephone #:

**Please be advised that effective February 3, 2015,
my (our) new mailing address and telephone number is:**

Name: **James Edward Montgomery, Jr. and Jennifer Lynne Montgomery**

Street: **40 West Scioto Street**

City, State and Zip: **Orient, Ohio  43146**

Telephone #:

**/s/ James Edward Montgomery, Jr.**
**James Edward Montgomery, Jr.**
Debtor

**/s/ Jennifer Lynne Montgomery**
**Jennifer Lynne Montgomery**
Joint Debtor